# United States Navy–Marine Corps Court of Criminal Appeals

Before
KISOR, THORNHILL, and MOSLEY
Appellate Military Judges

―――――――――――――

**UNITED STATES**
*Appellee*

**v.**

**Kevaria D. LASTER**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202600083**

―――――――――――――

Decided: 30 July 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Alexander G. Douvas

Sentence adjudged 18 December 2025 by a special court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 29 days and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Tyler J. Aagard, JAGC, USN*

―――――――――――――

[1] Appellant was credited with 29 days of pretrial confinement credit.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

———————————————

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.